United States District Court
Norther District of Indiana
Fort Wayne Division.

1. Yancie O. Hunter
2. Brent A. Beaty
3. Deontay P. Grace
4. Christopher Cockett
5. Eden Rangel
6. Allen Wade
7. Courtney Veazey

V

Allen County Jail
417 S Calhoun St
Fort Wayne IN 46808/46802

FILED
NOV 17 2020
At _____
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

1:20CV412 WCL

Complaint for Violation of Civil Rights

I) The Parties to this Complaint

A. Plaintiff(s)

1. Vancie O. Hunter 911331 / FED# 11557509
   Allen County Jail
   417 S Calhoun St  Ft. Wayne IN 46802

2. Brent A. Beaty 638722
   Allen County Jail
   417 S Calhoun St  Ft. Wayne IN 46802

3. Deontay P. Grace 626668
   Allen County Jail
   417 S Calhoun St  Ft. Wayne IN 46802

4. Allen J. Wade 254504
   Allen County Jail
   417 S Calhoun St  Ft Wayne IN 46802

5. Eden Rangel 739320
   Allen County Jail
   417 S Calhoun St  Ft Wayne IN 46802

6. Courtney Mazey 216910 / Allen County Jail
   417 S Calhoun St  Ft Wayne IN 46802

7. Christopher Lockett 904964
   Allen County Jail

B. Defendants.

1. Allen County Jail
Correctional Institution
417 S. Calhoun St Ft Wayne IN 46802

II) Basis for Jurisdiction

A. Are you bringing suit against

☐ Federal Officers
☒ State or Local officials

B. Eighth Amendment medical claim & non medical claim: Cruel and unusual punishment during a pandemic.
Violation of State rights set forth in Indiana's Jail Standards.

Section 210
I.A.C 3-1-7 / I.A.C 3-1-8
Physical Plant / Safety and Sanitation

I.A.C 3-1-13 / I.A.C 3-1-14
Security and Control / Supervision of Inmates

II) <u>Causes Supporting Facts</u>

I was booked into Allen County Jail 11-6-20. Federal inmate 11557509 was placed into Lockup/Drunk Tank. Covid mask taken and denied new mask. I recieved only a Sleeping mat on Camera no Blanket nor sheet not even indigent Kit for proper hygeine.

On Monday 11-9-20 I along with 6 other plaintiffs. was placed into room/holding cell stripped naked with approx 20 other me/Human beings. Policy for Shower to be given to Delouse and Clean & was not given But in Quarenteen our health is at extreme risk as well as medical staff officers and other officials as our Health & lifes. even more in this epdemic Did not recieve Temputure Test Just put in dorm 6A Cell 6207 along with sick Humans not animals.

On 11-14-20 and 11-15-20 at role call & am Breakfast served no Temputures Taken and mandetory to do so. Officer King Just passed trays False readings documented on camera our lifes as well as others now more risk than ever.

Entering Cell was pure filth & Dirt Denied Cleaning mop/broom or Chemicals or disinfectants. Cruel & unusual to us Humans. Due to Covid its extremely important to be sanitary and Clean.

Hot water does not work on top of to many other concerns to list Cold water stays on to point of overfill we drain with cup on camera tell officers they ignore Say work orders coming no work orders put in. I ask for request or grievence forms fear of health risk. Denied mostly when recieved we have no pen & denied use to fill out forms or medical forms on camera which I seek medical as well as others. had only order pen 11-12-20 recieve 11-13-20. Officer give a pen only for canteen or clothes orders will barely alow time to do that let alone request or govenence forms. nurses want even help us fill out forms and medical needs urgent Just gives us forms an shoo's us into cell like animals.

Wednesday 11-11-20 we myself and 4 other plaintiffs saw using shaver first time. Only 3 shaver heads work out of 6. It was filthy and could easily tell not been cleaned in long time still paper cups in there from god knows when. A extreme Health hazard Told officers and no work orders put in or even cleaned. Still on Saturday 14th now our next allowed shaver nothing fixed or cleaned now Sunday 15th still nothing fixed or cleaned on camera Inmates look sick how do we no who sick or not or could have Corona virus we fear for our lives officer finley was told Saturday 14th officer Alexander told Sunday 15th

Still no work order put in for cell water let alone shower. Officer Fishburn after denying request all tuesday 10th and all forms or work orders or calling for higher ranked officer we asked for, denies use of pens we beg to come look at plumbing wednesday he does by the grace of god and pure chance he hits something and button pops and works half way. He does not put work order in still.

I myself along with 4 other plaintiffs. pressed and witnessed Button For multiple concerns medical needs since 11-9-20 no answer at all no one comes to check. was told by officer miller does not work. I had anxiety attack on camera pressed button hard someone vaguely spoke on it officer Fishburn comes said why hit button stated needed medical was denied we fear for our lives. on Sunday 15th 5:04pm officer Alexander gives grievance form to myself Yancie O. Hunter answered Button works officer alexander laughs says it don't work as "witness". We are human beings.

On Friday 11-13-20 approx 5:30 Inmate Allen wade Needed help was choking in sleep. he has medical conditions on record now on camera I pressed Button for emergency no one comes or answered I seen officer miller flagged down explained myself asked for help + Inmate Allen wade needed to see medical incident on camera he said we was Lying officer miller denies us and laughs no one comes miller

did not even open the door on camera. Officer Miller suppose to open door and investigate and radio for medical. Help + protect us Miller stated button does not work I myself spoke on button one time officer Fishburn came and denied medical to plaintiffs witnessed. Both officers Miller + Fishburn is in wrong we are at Death risk let alone health and safety.

5:59pm 11-13-20 still no nurse or medical. For Inmate Allen Wade. 6:25pm Officer Miller on camera comes sprays sink inmate Allen Wade still in needs and ask for medical was told med pass was coming soon. Allen Wade could die

At med pass while getting meds Inmate Allen Wade spoke about meds and concerns I asked Miller for request form/grievance he states "maybe" He never brings officer Finley Brings next day on first shift first to do job him and Alexander Both officers witnesses.

I demand actions taken to secure our safety and stop wrong doings and rights and laws violated Demand release for medical evaluation for myself and 6 plaintiffs./ Human beings. Demand compensation and grant lawsuit immediately.

*[signature]*

III) Prisoner Status

1. Yancie O. Hunter - 911331 / FED 11557-509
   Pre-Trial Detainee awaiting Bond hearing and or home confinement/trial.

2. Brent A. Beaty - 638722
   Convicted and Sentenced State prisoner awaiting probation violation hearing. Not Guilty

3. Christopher Luckett-? - Other/Warrant hold for other agency.

4. Allen Wade 254504
   Convicted and Sentenced State prisoner

5. Deontay P. Grace - 626668
   Convicted and Sentenced State prisoner awaiting probation violation hearing. Not Guilty

6. Eden N. Rangel - 739320
   Pretrial awaiting trial not guilty.

7. Cartney Mazly 216910
   Convicted and sentenced State/County prisoner awaiting trial not guilty

IV) Statement of Claim

B. See Attached Discovery

V) Injuries

See Attached Discovery

VI) Relief

All plaintiffs to Be released for medical evaluation/treatment.

Seven million dollars evenly divided between all 7 plaintiffs pain & suffering emotional Distress possible exposure to covid which creates Health Risk/or hazard extreme possible chance of Death

VII Exhaustion of Administration Remedies Administrative procedures

A. All claims happens in Allen County Jail
417 S Calhoun St
Ft Wayne IN 46802
[X] yes

B [X] yes
Facility has grievance forms & policy

C. ☒ Do not know

If grievance procedures covers all claims But to my knowledge it does.

D. ☒ Yes

I filed grievance forms. Due to no pen provided and unable to order one untill 11-13-20 makes it impossible for facility to follow proper procedures. I claimed needs for Sanitation also Broken water fixtures. ect. also for medical and emergency dorm & cell Buttons not working for pens ect. They just ignore & do not give appeal process. In due time our lifes are at risk.

VIII Previos Lawsuits

☒ NO

Never had case dismissed based on three strike rule.

IX) Certification and Closing

A. I agree to provide clerk's office with any address changes. Were case related papers may be served. I understand that my failure to keep a current address on file with the clerks office may result in the dismissal of my case.

Date: 11-14-20

1. Vancie O. Hunter 911331 / Allen County Jail
417 S Calhoun St  Ft. Wayne IN 46802
X  *Yauri O. Hunt*

2. Brent A. Beaty  / Allen County Jail
417 S Calhoun St  Ft Wayne IN 46802
X  *[signature]*

3. Eden Rangel  / Allen County Jail
417 S Calhoun St  Ft. Wayne IN 46802
X  *Eden Rangel*

4. Allen J. Wade  / Allen County Jail
417 S. Calhoun St  Ft Wayne IN 46802
X  *allen wade*

5. Deontay D. Grace  / Allen County Jail
417 S. Calhoun St  Ft Wayne IN 46802
X  *[signature]*

6. Christopher Lockett / Allen County Jail
417 S Calhoun St  Ft Wayne IN 46802
X not present Transferred other facility

7. Courtney Veazey 216810/ Allen county Jail
417 S Calhoun St  Ft Wayne IN 46802

X Courtney Veazey