AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ALLEN J. WADE,

        Plaintiff

        v.                              Civil Action No. 1:20-cv-00426

ALLEN COUNTY JAIL, termed 01/27/2021,
GLAUDIUX, Sheriff,
MILLER, Officer,
BUTLER, Commander,

        Defendants

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

___ the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of _____ % plus post-judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED WITHOUT PREJUDICE AS MOOT.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge William C. Lee.

DATE: February 25, 2021                    ROBERT N. TRGOVICH, CLERK OF COURT

                                                               By: s/ L. Higgins-Conrad
                                                                    *Signature of Deputy Clerk*